

Sanmathi Dev
856.380.6709
sdev@capehart.com
Fax: 856.235.2786

April 29, 2022

*Via ECF*

Honorable Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re:   Neal DeBenedetto v. Lacey Township Board of Education, et al.
      Case No. 3:21-cv-08050-GC-RLS
      Our File No.  10474-32524

Dear Judge Singh:

As Your Honor may be aware, I represent the Lacey Township Defendants in the above-referenced action. I am respectfully requesting an adjournment of the conference currently scheduled for June 2, 2022 as I will be out of the country from the end of May until June 6, 2022.  I have conferred with my adversaries who have consented to my request to adjourn the scheduling conference. We are all available June 10th, 13th, and 16th (afternoon only), along with the 17th.  We are also requesting that the conference be virtual.

Thank you for your consideration.  Should you have any questions, please do not hesitate to contact me at the office.

Respectfully submitted,

CAPEHART & SCATCHARD, P.A.

*/s/ Sanmathi Dev*

Sanmathi Dev, Esq.

SD/alb
cc:   Albert Rescinio, Esq. (via ECF)
      James R. Birchmeier, Esq. (via ECF)