

<div style="text-align:right">
Geoffrey N Stark
856.914.2043
gstark@capehart.com
</div>

September 19, 2022

**<u>Via ECF Electronic Filing</u>**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:     DeBenedetto v. Lacey Township Board of Education, et al.
          Case No. 3:21-cv-08050-GC-RLS
          Our File No. 10474-32524

Dear Judge Singh:

       I represent the Defendants, the Lacey Township Board of Education, Gregory Brandis, and Mark Angelo (collectively "Lacey Defendants") in the above-referenced matter. I write regarding the settlement conference scheduled in this matter for October 4, 2022, and for which a settlement position memorandum is due to the court on September 22, 2022. The parties are in the process of completing paper discovery, but no responses have been exchanged as of yet. Therefore, at this point the parties have been unable to adequately make an informed decision as to a settlement position. To that end I write to request that the settlement conference in this matter be adjourned for sixty (60) days to permit the parties to finish exchanging paper discovery and properly evaluate their respective cases when formulating a settlement position.

       I have spoken with Plaintiff's counsel who consents to the requested adjournment. Further, while Mr. Birchmeier, counsel for co-Defendant Ocean County Vocational Technical School, is currently out of the office, a representative of his office expressed that he would have no objection to the request.

       Thank you for your consideration in this request.

<div style="margin-left:50%">
Respectfully submitted,

CAPEHART & SCATCHARD, P.A.

*/s/Geoffrey N. Stark*

Geoffrey N. Stark, Esq.
</div>

cc:     James A. Birchmeier, Esq. (via ECF Electronic Filing)
         Albert J. Rescinio, Esq. (via ECF Electronic Filing)