

Geoffrey N Stark
856.914.2043
gstark@capehart.com

October 5, 2022

<u>*Via ECF Electronic Filing*</u>
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:   DeBenedetto v. Lacey Township Board of Education, et al.
      Case No. 3:21-cv-08050-GC-RLS
      Our File No. 10474-32524

Dear Judge Singh:

I represent the Defendants, the Lacey Township Board of Education, Gregory Brandis, and Mark Angelo (collectively "Lacey Defendants") in the above-referenced matter. Pursuant to the Court's Text Order on September 19, 2022, Your Honor rescheduled the settlement conference in this matter for December 20, 2022, at 2:00 PM. Further the court advised the parties that, should they agree to participate in the conference via Zoom, they must notify the Court no later than fourteen (14) days prior to the conference.

To that end, and pursuant to the Court's September 19, 2022, Order, this correspondence shall serve as notice that all the parties have conferred and jointly agree to participate in the December 20, 2022, settlement conference via Zoom videoconferencing.

Thank you for your consideration in this request.

Respectfully submitted,

CAPEHART & SCATCHARD, P.A.

*/s/Geoffrey N. Stark*

Geoffrey N. Stark, Esq.

cc:   James A. Birchmeier, Esq. (via ECF Electronic Filing)
      Albert J. Rescinio, Esq. (via ECF Electronic Filing)