

Geoffrey N Stark<br>
856.914.2043<br>
gstark@capehart.com

October 27, 2022

**_Via ECF Electronic Filing_**
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:   DeBenedetto v. Lacey Township Board of Education, et al.
      Case No. 3:21-cv-08050-GC-RLS
      Our File No. 10474-32524

Dear Judge Singh:

This office represents Defendants the Lacey Township Board of Education, Gregory Brandis, and Mark Angelo (collectively "Lacey Defendants") in the above-referenced matter. After having conferred with counsel for Defendant Ocean County Vocational Technical School ("OCVTS") and Plaintiff Neal DeBenedetto, I submit this correspondence to the court as a status update in advance of the status conference scheduled for October 31, 2022.

By way of background this matter arises out of the February 2018 suspension of Plaintiff, then sixteen years old, from the Lacey Township High School and from the OCVTS following two social media postings. Currently, the matter is scheduled for a settlement conference with the court on Tuesday, December 20, 2022.

Discovery in this matter is ongoing. Lacey Defendants served interrogatories and requests for production of documents on June 20, 2022. Defendant OCVTS served its interrogatories and requests for production of documents on June 30, 2022. Plaintiff served responses to said discovery requests on October 4, 2022. On August 29, 2022, Plaintiff served Interrogatories, Requests for the Production of Documents, and Requests for Admissions on the Lacey Defendants and on Defendant OCVTS. Both Defendants provided responses to Plaintiffs Requests for Admissions on October 3, 2022. Defendants are currently in the process of completing responses to interrogatories and requests for document production. Aside from the Court's expectations for the December 20, 2022, settlement conference, the parties are not aware of any issues ripe for discussion with the Court at the October 31, 2022, status conference.

Thank you for your consideration in this matter.

Respectfully submitted,

CAPEHART & SCATCHARD, P.A.

/s/Geoffrey N. Stark

Geoffrey N. Stark, Esq.

cc:   James A. Birchmeier, Esq. (via ECF Electronic Filing)
      Albert J. Rescinio, Esq. (via ECF Electronic Filing)