

Geoffrey N Stark<br>
856.914.2043<br>
gstark@capehart.com

July 28, 2023

*<u>Via ECF electronic filing</u>*

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:  DeBenedetto v. Lacey Township Board of Education, et al.
     Case No. 3:21-cv-08050-GC-RLS
     Our File No. 10474-32524

Dear Judge Singh:

      This office represents Defendants the Lacey Township Board of Education ("Board" or "District"), Gregory Brandis, and Mark Angelo (collectively "Lacey Defendants") in the above-referenced matter.  I write pursuant to the Court's Text Order of June 16, 2023, to provide a status update on this matter.  The parties have developed a settlement agreement and general release memorializing their agreement to resolve this matter, and that agreement has been signed by Plaintiff and by the Lacey Defendants.  We are currently awaiting signatures from the Co-Defendant Ocean County Vocational Technical School, and anticipate receipt of that signed document by Monday, July 31, 2023.  Once the agreement is signed, the settlement proceeds may be disbursed and pursuant to that agreement this matter will be voluntarily dismissed by joint stipulation.

      Should the court have any questions please do not hesitate to contact my office.  Thank you for the Court's consideration.

Respectfully submitted,

CAPEHART & SCATCHARD, P.A.

*/s/ Geoffrey N. Stark*

Geoffrey N. Stark, Esq.

cc:  Mr. Albert J. Rescinio, Esq. (via ECF electronic filing)
     Mr. James A. Birchmeier, Esq. (via ECF electronic filing)